**Wideman, Bernita**

| | |
|---|---|
| From: | Steve Orr [sorr@montereyfinancial.com] |
| Sent: | Monday, February 25, 2008 7:50 PM |
| To: | Wideman, Bernita |
| Cc: | Shaun Lucas |
| Subject: | RE: Important Cash Call IRS Information! |

Reporting of the 1099 to the IRS is done at our discretion on a case by case basis. You have defaulted on your loan, and the full balance is due. If you would like to take advantage of our settlement offer please contact our office as soon as possible. If not, we will pursue the full balance by any legal means we feel is in our best interest.

**From:** Wideman, Bernita
**Sent:** Monday, February 25, 2008 3:11 PM
**To:** Steve Orr
**Subject:** RE: Important Cash Call IRS Information!

From my understanding the 1099 forgives the debt and it is counted as income. Do the 1099 and I will pay the government. through the 1099 you have to remove the item from my credit report anyway. Please do the 1099! I will also be looking up what law allows you to send o dunning letter via e-mail. All correspondence will be sent to my home

Bernita D Wideman, MHW IV



Phone

Any unauthorized or improper disclosure, copying, distribution or use of the contents of this e-mail or attached documents is prohibited. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify th sender immediately by e-mail and delete to original message

**From:** Monterey Financial Services Inc [mailto:sorr@montereyfinancial.com]
**Sent:** Monday, February 25, 2008 5:12 PM
**To:** Wideman, Bernita
**Subject:** Important Cash Call IRS Information!

2/26/2008



