**Wideman, Bernita**

| | |
|---|---|
| **From:** | Gilliam, Julie E |
| **Sent:** | Tuesday, February 26, 2008 11:29 AM |
| **To:** | Wideman, Bernita |
| **Subject:** | URGENT - CASH CALL |
| **Importance:** | High |

Call MCS at 877.775.3091 ex 1032.

~~~~~~~~~~~~~~~~~~~~~

Julie Gilliam
Sr. Administrative Assistant



Case 2:05-cv-04182-SRD-JCW Document 16116-5    Filed 09/23/2008    Page 2 of 2